IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01073-MSK-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BEECH AIRCRAFT A36, FAA REGISTRATION NUMBER N5509Y, SERIAL NUMBER E-2527,
14255 HARVEST MILE ROAD, BRIGHTON, COLORADO, and
30 PERKINS DRIVE, PRESCOTT, ARIZONA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 2, 2010.**

    Plaintiff's Motion for Leave to File Second Amended Complaint [filed July 1, 2010; docket #20] is **denied without prejudice** with leave to re-file. The Court instructs Plaintiff to include the proposed Second Amended Complaint with its renewed motion.