IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01073-MSK-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

BEECH AIRCRAFT A36, FAA REGISTRATION NUMBER N5509Y, SERIAL NUMBER E-2527,
14255 HARVEST MILE ROAD, BRIGHTON, COLORADO, and
30 PERKINS DRIVE, PRESCOTT, ARIZONA,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 4, 2010.**

     Plaintiff's Motion to Vacate Proposed Scheduling Order Due to the Court on August 6, 2010 [filed August 4, 2010; docket #33] is **granted**. The obligation to submit a proposed scheduling order is hereby **vacated**. The Scheduling Conference set for August 27, 2010, is **converted** to a Status Conference.