IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 10-cv-01073-MSK-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

BEECH AIRCRAFT A36, FAA REGISTRATION NUMBER N5509Y, SERIAL NUMBER E-2527;
UP TO THE AMOUN T OF $126,971.16 HELD IN WASHINGTON MUTUAL/JP MORGAN CHASE ACCOUNT 0358-6018232;
14255 HARVEST MILE ROAD, BRIGHTON, COLORADO;
LARRY RAY HALL,

       Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Motion to Dismiss Civil Forfeiture Case (Motion) **(#118)** filed January 4, 2013.  Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and this civil forfeiture case is hereby dismissed without prejudice.

DATED this 9th day of January, 2013.

       BY THE COURT:

       *Marcia S. Krieger*

       Marcia S. Krieger
       Chief United States District Judge